THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANKLIN W. JENNER, Appellant.

Argued November 14, 1939; decided December 28, 1939.

*Richard P. Byrne* for appellant.
*Donald M. Mawhinney, District Attorney (Clarence Unck-less* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.